No. 51737.—Protest 110823–K of Edmundo Garza Garcia (Laredo).

Opinion by MOLLISON, J.   An examination of the official papers revealed that the protest was not filed within the statutory period of 60 days after the date of liquidation, as required by section 514, Tariff Act of 1930.   The motion to dismiss was therefore granted.

BEFORE THE SECOND DIVISION, MAY 21, 1947

No. 51738.—Protests 116860–K, etc., of Julius Kayser & Co. et al. (New York).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).   In accordance therewith the claim of the plaintiffs was sustained.

No. 51739.—Protests 555644–G, etc., of Merrill, Clark & Meinig, Inc. (New York).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).   In accordance therewith the claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was sustained.

No. 51740.—Protest 997298–G of O. E. Olivieri (New York).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise is the same in all material respects as that passed upon in *Stephen Rug Mills* v. *United States* (32 C. C. P. A. 110, C. A. D. 293), and by the court's decision on remand in Abstract 50056.   In accordance therewith the claim of the plaintiff was sustained.